IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FOSS, MICHAEL E. FOSS, and CAROL FOSS <br><br> Plaintiffs <br><br> v. <br><br> THE TOWN OF MANSFIELD ARTHUR M. O'NEILL, individually <br><br> Defendants | CIVIL ACTION NO: |

COMPLAINT
(For Declaratory and Injunctive Relief)

INTRODUCTION

This action concerns the conduct of the Town of Mansfield and its Chief of Police on January 1, 2001. On that night, the Mansfield Police Department under Chief of O'Neill launched a warrantless raid on the Plaintiffs' home, without warrant or probable cause, and set in motion a continuing chain of constitutional deprivations that have caused grave harm to these Plaintiffs.

The Plaintiff seeks declaratory relief that the conduct of the Defendants have violated the Plaintiffs' protected constitutional rights and have otherwise denied the Plaintiffs the privileges and immunities of citizenship. The Plaintiffs also seek damages, and request injunctive relief consistent with this declaration.

JURISDICTIONAL AUTHORITY OF THE COURT

This action is brought pursuant to 28 U.S.C. §§ 1331 and 1343, and 28 U.S.C. §§ 2201, 2202, 42 U.S.C. §§ 1983, 1985 and the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. This Court has jurisdiction specifically delegated to it by act of the

United States Congress, as well as its jurisdiction based upon violations of the Fourth and Fifth and Fourteenth Amendment of the United States Constitution. This action seeks to redress the deprivation under State and federal law of rights, privileges, and immunities secured by the United States Constitution and the laws of the United States.

## THE PARTIES

1. Plaintiff Michael A. Foss is a natural person who is a student at Cornell University and resides in Ithaca, New York, but who maintains a permanent address at 660 North Main Street in Mansfield, Bristol County, in the Commonwealth of Massachusetts.

2. Plaintiff Michael E. Foss is a natural person who resides at 660 North Main Street in Mansfield, Bristol County, in the Commonwealth of Massachusetts.

3. Plaintiff Carol Foss is a natural person who resides at 660 North Main Street in Mansfield, Bristol County, in the Commonwealth of Massachusetts.

4. Defendant Town of Mansfield ("the Town") is a municipality with a principal place of business at Town Hall, 6 Park Row in Mansfield, Bristol County in the Commonwealth of Massachusetts.

5. Defendant Arthur M. O'Neill is the Chief of Police of the Town of Mansfield ("the Chief"), and has his principal place of business at 50 West Street, Mansfield, Bristol County, in the Commonwealth of Massachusetts.

## BACKGROUND

6. On or about January 1, 2001, the Plaintiffs' home was the scene of a police raid perpetrated by the Police Department of the Town of Mansfield, under the direction of the Chief.

7. The Police Department of the Town of Mansfield raided the Plaintiffs' home without a warrant and without probable cause, entering the home without knocking or otherwise seeking peaceable entry.

8. The Police Department of the Town of Mansfield proceeded to search the Plaintiffs' home, without warrant and without probable cause, and did remove valuable personal property of Michael A. Foss from the residence which it continues to hold.

9. The Police Department of the Town of Mansfield proceeded to remove Michael A. Foss from his residence without warrant or probable cause, and removed him to a location off-site against his will, and under circumstances in which Michael A. Foss was not able to object or resist the false imprisonment.

10. No criminal charges have ever been filed against any of the Plaintiffs following the conduct described herein, nor has any evidence or a crime, or evidence of criminal conduct, or evidence to warrant the home invasion, been revealed.

## COUNT I
## ALL PLAINTIFFS v. ALL DEFENDANTS
## VIOLATION OF 4TH AND 14TH AMENDMENT RIGHTS

11. The Fourth Amendment states, in relevant part, that "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause..."

12. The Fourteenth Amendment states, in relevant part, that "no state shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States...nor deny to any person within its jurisdiction the equal protection of the laws."

13. In this instance, no facts justified the warrantless invasion of the Plaintiffs' home, the ransacking of the Plaintiffs' home and the seizure of effects from the dwelling.

14. As a result of the violation of the Plaintiffs' Fourth Amendment rights, the Plaintiffs have been harmed.

### COUNT II
### MICHAEL A. FOSS v. ALL DEFENDANTS
### VIOLATION OF 5TH AND 14TH AMENDMENT RIGHTS

15. Plaintiffs, Michael A. Foss restates paragraphs 1-14 as if specifically stated herein.

16. The Fifth Amendment states, in relevant part, that no person may be "...deprived of...liberty, or property...without due process of law..."

17. The Fourteenth Amendment states, in relevant part, that "no state shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States...nor deny to any person within its jurisdiction the equal protection of the laws."

18. In this instance, Plaintiff Michael A. Foss was removed from his home, was deprived of his liberty and was confined against his will, and was forced to testify against himself to be relieved of his unjust and unwarranted confinement, in violation of his rights under the Firth and Fourteenth Amendment.

19. In this instance, Plaintiff Michael A. Foss was denied his valuable property, which has been held by the Town of Mansfield since January 1, 2001, without compensation.

20. As a result of the violation of the Plaintiff's Fifth Amendment rights, the Plaintiffs have been harmed.

## COUNT III
## MICHAEL E. FOSS and CAROL FOSS V. ALL DEFENDANTS
## VIOLATION OF 4TH AND 14TH AMENDMENT RIGHTS

21. Plaintiffs, Michael E. Foss and Carol Foss, restate paragraphs 1-20 as if specifically stated herein.

22. The Defendants continue to harass said Plaintiffs Michael E. Foss and Carol Foss, by continuing in the unlawful conduct of conducting investigations about Michael E. Foss and Carol Foss, by interrogating neighbors and relatives about the whereabouts and conduct of Michael E. and Carol Foss, and by otherwise engaging in a continuous practice of harassment in violation of the protected constitutional rights of Plaintiffs, Michael E. and Carol Foss.

23. As a result of these deprivations, the Plaintiffs, Michael E. and Carol Foss have been harmed, WHEREFORE, the Plaintiffs request as follows:

   1. That this Honorable Court declare that the conduct of the Defendants described herein, of raiding the Plaintiffs' home, or seizing the person of Michael A. Foss without probable cause or warrant and holding him against his liberty and forcing him to testify against himself to regain his liberty, or denying Michael A. Foss his property and harassing Michael E. and Carol Foss, be declared to unlawfully and unconstitutionally deny the Plaintiffs their rights under the Fourth and Fifth Amendments of the United States Constitution and otherwise deny the Plaintiff and members of the class of the privileges and immunities of citizenship under the Fourteenth Amendment of the United States Constitution, and;

   2. That the Defendants be permanently enjoined from such further conduct;

   3. That the Defendants be required to pay damages for the acts conducted; and

4. That the Town of Mansfield and the Chief be required to pay the reasonable attorney's fees and costs to the Plaintiff consistent with this claim to redress constitutional deprivations; and

5. any further relief deemed appropriate by this Court.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS

                                                Respectfully Submitted,
**The Plaintiffs**

By their attorney,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: December 30, 2003