AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Michael Fox et al

v.

Town of Mansfield et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12621 JLT

TO: (Name and address of Defendant)

Town of Mansfield
6 Park Row
Mansfield MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert N. Meltzer
PO Box 1459
Framingham MA 01701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: DEC 30 2003

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**                                                                 February 12, 2004

I hereby certify and return that on 2/10/2004 at 02:10 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner. To wit, by delivering in hand to Helen Christian, agent, person in charge at the time of service for Town of Mansfield, Town Hall, Mansfield, MA 02048. Copies ($2.00), Conveyance ($2.25), Travel ($14.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $56.40

_____
Deputy Sheriff

Deputy Sheriff Milton L Knox, Jr.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                   Signature of Server

                         _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.