AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Michael Foss et al

v.

Arthur M O'Neill, Chief
et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12621 JLT

TO: (Name and address of Defendant)

Arthur M O'Neill, Chief
c/o 50 West Street
Mansfield MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert N Meltzer
PO Box 1459
Framingham MA 01701

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 30 2003

DATE