THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03 12621 JLT

MICHAEL A. FOSS, MICHAEL E. FOSS,
and CAROL FOSS,
    Plaintiffs

v.

THE TOWN OF MANSFIELD and
ARTHUR M. O'NEILL, Individually
    Defendants

**NOTICE OF APPEARANCE**

TO THE REGISTER OF THE ABOVE COURT:

Please enter my notice of appearance as attorney of record for the Defendants in the above-captioned matter.

Volterra, Goldberg, Mangiaratti & Jacobs
Law Counsellors, Inc.

Dated: February 23, 2004

Robert S. Mangiaratti, BBO# 317400
Three Mill Street
Attleboro, MA 02703
Telephone: (508) 222-1463