THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03 12621 JLT

MICHAEL A. FOSS, MICHAEL E. FOSS,
and CAROL FOSS,
    Plaintiffs

v.

THE TOWN OF MANSFIELD and
ARTHUR M. O'NEILL, Individually
    Defendants

## STIPULATION OF THE PARTIES

The parties herein agree that the time in which the Defendants shall have to file an answer to the Complaint is extended to April 10, 2004.

The Plaintiffs,
By Their Attorney,

The Defendants,
By Their Attorneys,

Volterra, Goldberg, Mangiaratti & Jacobs
Law Counsellors, Inc.

_Robert Meltzer_ by ASM
Robert N. Meltzer, Esquire
BBO# 564745
P.O. Box 1459
Framingham, MA 02701
(508) 872-7116

Robert S. Mangiaratti, Esquire
BBO# 317400
Three Mill Street
Attleboro, MA 02703
(508) 222-1463

Dated: February 26, 2004

## CERTIFICATE OF SERVICE

I, Robert S. Mangiaratti, attorney for the Defendants in the within action, hereby certify that true and correct copies of the foregoing were this day forwarded to the Plaintiffs by mailing a copy of same, postage prepaid, to the following:

>Robert N. Meltzer, Esquire
>P.O. Box 1459
>Framingham, MA  02701

Signed under the pains and penalties of perjury, this 26th day of February 2004.

>VOLTERRA, GOLDBERG, MANGIARATTI
>& JACOBS, LAW COUNSELLORS INC.
>
>
>_____
>Robert S. Mangiaratti, BBO# 317400
>Three Mill Street
>Attleboro, MA  02703
>(508) 222-1463