# SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

Telephone: (617) 523-6010
Fax: (617) 227-0927
Writer's Direct E-Mail Address: glysko@sloanewalsh.com

William J. Dailey, Jr.
John P. Ryan
Robert H. Gaynor
Edward T. Hinchey
Lawrence J. Kenney, Jr.
Anthony J. Antonellis
William J. Dailey III
Curtis R. Diedrich
Marcia K. Divoll
James P. Donohue, Jr.
Ross A. Kimball
Myles W. McDonough

John A. Donovan III
John P. Faggiano
Laura Meyer Gregory
Michael P. Guagenty
David M. Hartigan
Kelly A. Jumper
Michael J. Kerrigan
Gregg M. Lysko
John McCormack
Stacey E. Morris
Heidi M. Oh
Harry A. Pierce
James J. Scanlon
Brian H. Sullivan

September 29, 2004

*VIA FACSIMILE*

Civil Clerk's Office
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Attn: Ms. Zita Lovett

Re: Michael A. Foss, et al. v The Town of Mansfield, et al.
C.A. No.: 03-12621 JLT
Our File No.: GF501-7732

Dear Ms. Lovett:

    This is to confirm, pursuant to our telephone conversation of today, that the initial scheduling conference, scheduled for tomorrow, September 30, 2004, in this case, has been continued to Wednesday, October 13, 2004 by mutual agreement of the parties. Counsel for the plaintiffs has indicated he cannot attend due to conflicting religious obligations.

    As we also discussed, if October 13, 2004 does not work, we will contact you as soon as practicable to choose a mutually convenient date for the parties and the court.

Ms. Zita Lovett
September 29, 2004
Page 2

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Gregg M. Lysko

GML:jr
cc:　Robert N. Meltzer, Esq. (via facsimile)