# SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

TELEPHONE: (617) 523-6010
FAX: (617) 227-0927
WRITER'S DIRECT E-MAIL ADDRESS: GLYSKO@SLOANEWALSH.COM

WILLIAM J. DAILEY, JR.
JOHN P. RYAN
ROBERT H. GAYNOR
EDWARD T. HINCHEY
LAWRENCE J. KENNEY, JR.
ANTHONY J. ANTONELLIS
WILLIAM J. DAILEY III
CURTIS R. DIEDRICH
MARCIA K. DIVOLL
JAMES P. DONOHUE, JR.
ROSS A. KIMBALL
MYLES W. MCDONOUGH

JOHN A. DONOVAN III
JOHN P. FACCIANO
LAURA MEYER GREGORY
MICHAEL P. GUAGENTY
DAVID M. HARTIGAN
KELLY A. JUMPER
MICHAEL J. KERRIGAN
GREGG M. LYSKO
JOHN McCORMACK
STACEY E. MORRIS
HEIDI M. OH
HARRY A. PIERCE
JAMES J. SCANLON
BRIAN H. SULLIVAN

October 12, 2004

*VIA FACSIMILE*

Civil Clerk's Office
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Attn:  Ms. Zita Lovett

Re:   Michael A. Foss, et al. v The Town of Mansfield, et al.
      C.A. No.: 03-12621 JLT
      Our File No.: GF501-7732

Dear Ms. Lovett:

In following up on my voice-mail message to you this morning and my letter of September 29, 2004, the parties request that the intial scheduling conference in this case be continued from October 13, 2004. In my previous letter of September 29, 2004 to you I represented that one of the parties would contact you as soon as practicable if October 13, 2004 did not work. My most sincere apologies for not getting back with you sooner and the present confusion, but both parties, as it turns out, have conflicts on the 13th. As soon as I hear back from plaintiff's counsel, I will contact you immediately today or first thing tomorrow morning with confirmed dates in the immediate near future, convenient with the court, that the parties are available.

Ms. Zita Lovett
October 12, 2004
Page 2


  Thank you for your assistance in this matter and please let me know if this works for the court.

           Sincerely,

           Gregg M. Lysko

GML:jr
cc: Robert N. Meltzer, Esq. (via facsimile)