UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL A. FOSS, MICHAEL E. FOSS, and CAROL FOSS, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 03-12621-JLT |
| THE TOWN OF MANSFIELD and ARTHUR M. O'NEIL, Individually, | * * * | |
| Defendants. | * | |

ORDER

February 2, 2005

TAURO, J.

After the Status Conference held on February 1, 2005, this court hereby orders that:

1. Defendants shall provide Plaintiffs with the manual and medical records discussed in open court;

2. Plaintiffs may depose (1) Chief Arthur M. O'Neil, (2) Officer Thomas Whiting, (3) Richard Brown, and (4) Tony Gordon;

3. Defendants may depose (1) Carol Foss, (2) Robert Anton, and (3) Frank Costa;

4. The abovementioned discovery shall be completed by April 29, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Final Pre-Trial Conference is scheduled for May 16, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge