IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.:  03-12621 JLT

| | |
|---|---|
| MICHAEL A. FOSS, MICHAEL E. FOSS, and CAROL FOSS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| THE TOWN OF MANSFIELD and ARTHUR M. O'NEILL, Individually. | )<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-captioned action and pursuant to Fed. R. Civ. P. 41(a)(1) stipulate and agree that all claims brought by the plaintiffs against the defendants be and are hereby dismissed, with prejudice and without costs, with all rights of appeal waived.

| For the Plaintiffs,<br>Michael A. Foss, Michael E. Foss,<br>and Carol Foss,<br>By their Attorney,<br>Per telephone authorization, | For the Defendants,<br>The Town of Mansfield and Arthur M. O'Neill, individually,<br>By their Attorney, |
|---|---|
| /s/ Robert N. Meltzer | /s/ Edward T. Hinchey |
| Robert N. Meltzer, BBO# 564745<br>P.O. Box 1459<br>Framingham, MA  01701<br>508-872-7116 | Edward T. Hinchey, Esq., BBO# 235090<br>Sloane and Walsh, LLP<br>3 Center Plaza, 8th Floor<br>Boston, MA  02108<br>617-523-6010 |
| Dated: 4-21-05 | Dated: 4-21-05 |

## CERTIFICATE OF SERVICE

      I, Edward T. Hinchey, attorney for the defendant, The Town of Mansfield and Arthur M. O'Neill, individually, hereby certify that on this 21st day of April 2005, I made electronic service of the foregoing document(s) and also mailed a courtesy copy thereof, postage prepaid, to the following counsel of record:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA  01701

                                                  /s/ Edward T. Hinchey
                                                  Edward T. Hinchey

S:\FOSS V. TOWN OF MANSFIELD, ET AL. -GF501-7732\Pleadings\Discovery\Stipulation of Dismissal.doc